**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZOE ALEXANDRA CURNOW MILLETT,<br><br>Plaintiff,<br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03125-MRA-MBK<br><br>District Judge: Hon. Monica Ramirez Almadani<br>Magistrate Judge: Hon. Michael B. Kaufman<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**<u>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL</u>**

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: September 25, 2026

Honorable Mónica Ramírez Almadani
United States District Judge